**EXHIBIT LIST**

Petitioner submits the following exhibits in support of the Petition for Writ of Habeas Corpus:

**Exhibit A** – Proof of ICE Detention (ICE Detainee Locator / Custody Record)

**Exhibit B** – Notice to Appear (NTA)

**Exhibit C** – Page 1 of Petitioner's I-589 Application evidencing timely filed application

**Exhibit D** – Order of the Immigration Judge, July 31, 2025 finding "*After reviewing the Record of Proceeding . . . This case is ready for trial and a hearing notice will be sent*"

Dated: March 18, 2026
Long Island City, New York

Respectfully submitted,

**HEINERT LAW PLLC**

By: */s/ Gurhan Heinert*
Gurhan Heinert, Esq.
Attorney for Petitioner

# TAB A

 Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**JEISSON GOMEZ-TALERO**
**Country of Birth:** Colombia
**A-Number:** 220718412

## Current Detention Facility:

BROOKLYN MDC
80 29th Street
Brooklyn, NY 11232
**Visitor Information:** (718) 840-4200

# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

VARRICK, NY, SERVICE PROCESSING CENTER
(DOCKET CONTROL OFFICE)
**Phone Number:** (212) 863-3401

BACK TO SEARCH >

Privacy - Terms

Case 1:26-cv-01625-OEM    Document 1-1    Filed 03/18/26    Page 4 of 13 PageID #: 10

search

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Bureau of Prisons Inmate Locator



[DHS.gov](#) [USA.gov](#) [OIG](#) [Open](#) [FOIA](#) [Metrics](#) [No Fear Act](#) [Site Map](#) [Site Policies & Plug-Ins](#) Gov

# TAB B

Allegations: Admits All | Charges: Concedes All
Designated Country: COLOMBIA |

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: A 220 718 412

In the Matter of:
Respondent: JEISSON GOMEZ-TALERO    AKA GOMEZ-TALERO, JEISSON A _____ currently residing at:

c/o DHS La Palma Correctional Center, 5501 N. La Palma Road, Eloy, AZ 85131

| (Number, street, city, state and ZIP code) | (Area code and phone number) |

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1) You are not a citizen or national of the United States;
2) You are a native of Colombia and citizen of Colombia;
3) You entered the United States at an unknown location on or about 12/4/2021;
4) You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document;
5) You were not then admitted or paroled after inspection by an immigration officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

Section 212(a)(6)(A)(i) of the Act, as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than as designated by the Attorney General.

☒ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:       ☐ 8CFR 208.30      ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

Eloy Immigration Court, 1705 E. Hanna Rd. Ste. 366, Eloy, AZ 85131

*(Complete Address of Immigration Court, including Room Number, if any)*

on ___2/14/2022___ at ___8:30am___ to show why you should not be removed from the United States based on the
   *(Date)*          *(Time)*

charge(s) set forth above.        _Kizito Osuji_   Supervisory Asylum Officer
                        *(Signature and Title of Issuing Officer) (Sign in ink)*

Date: __1/26/2022__        _____ Arlington, VA _____
                              *(City and State)*

Exh. 1 - Adm.
DHS Form I-862 (2/20)                                Page 1 of 3

Uploaded on 1/31/2022 at 12:48:26 p.m. (Eastern Standard Time)

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____       _____
                                                                                    *(Signature of Respondent) (Sign in ink)*

_____                                    Date: _____
*(Signature and Title of Immigration Officer) (Sign in ink)*

---

#### Certificate of Service

This Notice To Appear was served on the respondent by me on __1/31/2022__, in the following manner and in compliance with section 239(a)(1) of the Act.

☐ in person      ☐ by certified mail, returned receipt #_____ requested      ☒ by regular mail

☒ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the __Spanish__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____       *Aminah Lassiter* LAS
*(Signature of Respondent if Personally Served) (Sign in ink)*       *(Signature and Title of officer) (Sign in ink)*

DHS Form I-862 (2/20)                                                                 Page 2 of 3

Case 1:20-cv-01625-OEM    Document 1-1    Filed 03/18/26

**Privacy Act Statement**

Allegations: Admits All | Charges: Concedes All
Designated Country: COLOMBIA |

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# TAB C

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 07/31/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☐ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* <br> 220718412 | 2. U.S. Social Security Number *(if any)* | 3. USCIS Online Account Number *(if any)* |
|---|---|---|

| 4. Complete Last Name <br> Gomez Talero | 5. First Name <br> Jeisson | 6. Middle Name <br> Alberto |
|---|---|---|

**7. What other names have you used** *(include maiden name and aliases)?*

**8. Residence in the U.S.** *(where you physically reside)*

| Street Number and Name | Apt. Number |
|---|---|
| City | State | Zip Code | Telephone Number ( ) |

**9. Mailing Address in the U.S.** *(if different than the address in Item Number 8)*

| In Care Of *(if applicable)*: | Telephone Number ( ) |
|---|---|
| Street Number and Name | Apt. Number |
| City | State | Zip Code |

| 10. Gender: ☒ Male  ☐ Female | 11. Marital Status: ☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 12. Date of Birth *(mm/dd/yyyy)* <br> 03/28/1989 | 13. City and Country of Birth <br> Bogota/Colombia |
|---|---|

| 14. Present Nationality *(Citizenship)* <br> Colombiano | 15. Nationality at Birth <br> Colombiano | 16. Race, Ethnic, or Tribal Group <br> mestizo | 17. Religion <br> Catolico-Cristiano |
|---|---|---|---|

**18.** *Check the box, a through c, that applies:*  **a.** ☐ I have never been in Immigration Court proceedings.

**b.** ☒ I am now in Immigration Court proceedings.   **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

**a.** When did you last leave your country? *(mm/dd/yyyy)*  11/28/2021   **b.** What is your current I-94 Number, if any?

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date 12/04/2021 | Place San Luis Arizona | Status ilegal | Date Status Expires |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 20. What country issued your last passport or travel document? <br> Colombia | 21. Passport Number <br> Travel Document Number | 22. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|

| 23. What is your native language *(include dialect, if applicable)?* <br> español | 24. Are you fluent in English? <br> ☐ Yes  ☒ No | 25. What other languages do you speak fluently? |
|---|---|---|

| For EOIR use only. <br><br> PULL        FILE <br><br> MAY 1 8 REC'D <br><br> ASAP        BOND | For USCIS use only. | Action: <br> Interview Date: _____ <br> Asylum Officer ID No.: _____ | Decision: <br> Approval Date: _____ <br> Denial Date: _____ <br> Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 08/25/20)

# TAB D



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - FEDERAL PLAZA**
**IMMIGRATION COURT**

Respondent Name:

    GOMEZ-TALERO, JEISSON

To:

    Heinert, Gurhan
    34-18 Northern Blvd
    STE. 328
    Long Island City, NY 11101

A-Number:
220-718-412
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
07/31/2025

### RELIEF SCHEDULING ORDER

The Immigration Court set a deadline for the filing of any and all applications for relief or protection from removal on behalf of Respondent.

After reviewing the Record of Proceeding, the Court finds that Respondent ☐ filed | ☐ did not file applications within the time limit.

☑ This case is ready for trial and a hearing notice will be sent.
☐ This case is not ready for trial.

☐ The Court previously established Respondent's removability. Respondent has 30 days to show cause why the Court should not deem all relief abandoned and issue an order of removal.

☐ The Court finds Respondent has abandoned any and all claims for relief or protection from removal. *See* 8 C.F.R. § 1003.31(h). Since removability was previously determined, Respondent is hereby ordered removed from the United States to or in the alternative to on the charge(s) contained in the Notice to Appear.

☐ The Court also orders the following:

☐ Failure to abide by the deadlines for applications and related documents specified in this order may result in a finding that the opportunity to file applications for relief has been waived. *See* 8 C.F.R. § 1003.31(h).

☐ To reach a timely resolution in this matter, the Court now schedules this matter for a pre-hearing conference to resolve specific issues, narrow issues, and provide the opportunity to discuss the manner of presenting evidence at the final individual hearing. *See* 8 C.F.R. § 1003.21. The parties should be prepared to narrow issues and to stipulate to undisputed facts. Parties should be prepared to discuss any objections to evidence, deficiencies in the record or application(s), eligibility for the relief sought, even if the parties accept all the facts as true. If the Department of Homeland Security intends to move to dismiss proceedings, move to administratively close proceedings, or stipulate to

a grant of relief, the Department should be prepared to move or agree at the pre-trial conference. Counsel for both parties must have the authority to stipulate about all matters, including the resolution of proceedings.

## ADDITIONAL COURT ORDERS

**IT IS SO ORDERED.**

Immigration Judge: FACTOR, SAM 07/31/2025

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : GOMEZ-TALERO, JEISSON | A-Number : 220-718-412

Riders:

Date: 07/31/2025 By: FACTOR, SAM, Immigration Judge