**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JEISSON GOMEZ-TALERO,
Petitioner,

v.                                                          Case No.: 1:26-cv-01625

RAUL MALDONADO, JR., et al.,
Respondents.
-------------------------------------------------------------X

**NOTICE OF SUPPLEMENTAL FILING**

Petitioner, by and through undersigned counsel, respectfully submits this Notice of Supplemental

Filing in further support of his Petition for Writ of Habeas Corpus.

On March 19, 2026, Petitioner appeared for a custody redetermination hearing before the

Immigration Court. During that proceeding, Petitioner was unable to obtain a meaningful bond

determination. Due to the current legal posture governing bond jurisdiction, the application for

bond was withdrawn, and no individualized custody determination on the merits was rendered.

As a result, Petitioner remains detained without having received a constitutionally adequate bond

hearing. This development further underscores Petitioner's claim that he has been deprived of a

meaningful opportunity to seek release from custody, in violation of the Due Process Clause of

the Fifth Amendment.

A true and correct copy of the Immigration Judge's Order reflecting the withdrawal of the bond

application is attached hereto as **Exhibit A**.

Dated: March 19, 2026
Long Island City, New York

Respectfully submitted,

*/s/ Gurhan Heinert*
Gurhan Heinert, Esq.
Attorney for Petitioner