

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:

   GOMEZ-TALERO, JEISSON

To:

   Heinert, Gurhan
   34-18 Northern Blvd
   STE. 328
   Long Island City, NY 11101

A-Number:
220-718-412
Riders:
In Custody Redetermination Proceedings

Date:
03/19/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐   Denied, because

☐   Granted. It is ordered that Respondent be:
     ☐   released from custody on his own recognizance.
     ☐   released from custody under bond of $
     ☐   other:

☑   Other:
   Withdrawal of the Bond.

Immigration Judge: REID, DARA FAITH 03/19/2026

Appeal:     Department of Homeland Security: ☑ waived   ☐ reserved
            Respondent:                      ☑ waived   ☐ reserved

Appeal Due:


## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : GOMEZ-TALERO, JEISSON | A-Number : 220-718-412

Riders:

Date: 03/19/2026 By: REID, DARA FAITH, Immigration Judge